IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GIGER WELDING AND FABRICATION, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 4:21-cv-00741-HFS<br>) |
| TRANZACT TECHNOLOGIES, INC. d/b/a CAPACITY & SERVICE SOLUTIONS, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**NOTICE TO TAKE VIDEOTAPED DEPOSITION DUCES TECUM OF CORPORATE REPRESENTATIVE(S) OF TRINITY INDUSTRIES, INC.**

| | |
|---|---|
| TO: | All Counsel of Record |
| PERSON TO BE DEPOSED: | Trinity Industries, Inc. Corporate Representative |
| DATE AND TIME: | Friday, October 27, 2023, at 10:00 am |
| DOCUMENTS: | The deponent is instructed to provide records as outlined in the attached Subpoena. |
| LOCATION OF DEPOSITION: | Esquire Deposition Solutions<br>3838 Oak Lawn Ave, Suite 1000<br>Dallas, TX 75219 |
| COURT REPORTER: | Esquire Deposition Solutions (800-211-3376) |

YOU ARE HEREBY NOTIFIED that pursuant to Rules 30(b)(6), 30(b)(2), and 34 of the Federal Rules of Civil Procedure, Defendant Capacity & Service Solutions, by and through counsel of record, shall take the videotaped deposition of **THE CORPORATE REPRESENTATIVE FOR TRINITY INDUSTRIES, INC.** whom Defendant has requested to designate one or more

1

officers, directors, managing agents, or other persons who consent to testify on their behalf in the above-styled cause.

Pursuant to Rules 30(b)(6), 30(b)(2), and 34 of the Federal Rules of Civil Procedure, you are required to designate and fully prepare one or more officers, directors, managing agents, or other persons who consent to testify on behalf of Trinity Industries, Inc. regarding the following designated matters contained in Exhibit A, and bring with them the documents identified in Exhibit B, attached herewith.

Said videotaped deposition will be taken before a person authorized to administer oaths to be used for discovery and as evidence at trial in the above-captioned matter. The deposition will be recorded by stenographic means and videotaped by authorized representatives of Esquire Deposition Solutions.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE

*/s/ Kyle N. Roehler*
Kyle N. Roehler     MO #51727
Linden A. Hoffman     MO #74701
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474
816-472-6262 Facsimile
kroehler@bakersterchi.com
linden.hoffman@bakersterchi.com
***Attorneys for Defendant***
***Capacity Service & Solutions***

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of September 2023, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to counsel of record.

      */s/ Kyle N. Roehler*
      ***Attorney for Defendant***
      ***Capacity & Service Solutions***

# EXHIBIT A

## TOPICS OF INQUIRY

1. The circumstances surrounding Trinity Industries' purchase and ownership of the plasma cutter.

2. The price at which Trinity Industries initially purchased the plasma cutter.

3. All repairs and maintenance work performed on the plasma cutter.

4. The condition of the plasma cutter at all times, including directly before and after purchase and sale by Trinity Industries.

5. Communications with Plant and Machinery, Inc. regarding the sale of the plasma cutter.

6. Communications with Giger Welding & Fabrication, LLC regarding the sale of the plasma cutter.

7. Communications about the condition of the plasma cutter at the time of the sale to Giger Welding and Fabrication, LLC.

8. Trinity Industries' reasons for placing the plasma cutter up for sale at auction.

9. Trinity Industries' reasons for accepting Giger Welding and Fabrication, LLC's purchase price of the plasma cutter of $10,281.80.

# EXHIBIT B

## DOCUMENTS TO BE PRODUCED

1. All photographs, videos, and documentation of the plasma cutter and its condition before and after purchase by Trinity Industries.

2. All documents and materials regarding the purchase price of the plasma cutter by Trinity Industries.

3. All documents and materials regarding any repair or maintenance costs regarding the plasma cutter.

4. All photographs, videos, and documentation of the plasma cutter before and after arrival for auction at Plant & Machinery, Inc.

5. All documents and materials regarding the plasma cutter's condition at the time of sale at auction at Plant & Machinery, Inc.

6. All documents and materials regarding the auction and sale of the plasma cutter at Plant & Machinery, Inc.

7. All documents reflecting agreements, invoices, contracts, communications, and transactions with respect to the plasma cutter and its condition with Plant & Machinery, Inc.

8. All documents reflecting agreements, invoices, contracts, communications, and transactions with respect to the plasma cutter and its condition with Giger Welding and Fabrication, LLC.